Samuel Hecht, Appellee, v. Harry J. Goldberg and Jacob Stein, trading as Goldberg & Stein, Appellants.

Gen. No. 22,763.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. ARNOLD HEAP, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed March 26, 1917.

### Statement of the Case.

Action by Samuel Hecht, plaintiff, against Harry J. Goldberg and Jacob Stein, trading as Goldberg & Stein, defendants, to recover wages under a contract of employment. From a judgment for plaintiff for $105, defendants appeal.

WALTER F. BUTLER, for appellants; M. J. SULLIVAN, of counsel.

SATTIEL & ROSSEN, for appellee; AXEL F. LIDMAN, of counsel.

MR. PRESIDING JUSTICE MCSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 13*—*character of pleadings in fourth-class cases.* Precision and exactness of statement in pleadings are not required in fourth-class cases under the Municipal Court Act.

2. MASTER AND SERVANT, § 50*—*when evidence sufficient to show wrongful discharge.* In an action to recover for services under a contract of employment, evidence *held* sufficient to warrant a finding that defendants employed plaintiff agreeing to pay him a certain salary per week and to keep him until after a certain date; that they discharged him prior to .that date, and that he was unemployed for five or.six weeks after his discharge and prior to said date.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.